```
                    FILED ____ LODGED
                    _____ RECEIVED
                      NOV 21 2005
                 CLERK U.S. DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON AT TACOMA
        BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS PAUL WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH LEHMAN, *et al*,<br><br>    Defendants. | CASE NO.   C05-5208RBL<br><br>ORDER |

The Court, having reviewed defendants' motion for summary judgment (Dkt. #22), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment is GRANTED; and

(4) The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

DATED this 21st day of November, 2005.

                /s/ Ronald B. Leighton
                Ronald B. Leighton
                United States District Judge